COMMERCIAL CREDIT CORPORATION, Respondent, v. CHARLES CUTTING, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

97      In the Matter of the Claim of ANTHONY MASCIULLI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

98      In the Matter of the Claim of LUCILLE F. SCHEINBERG, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

99      In the Matter of the Claim of HERMAN D. SCHNEIDER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

100      In the Matter of the Claim of AGNES E. KERDASHA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

101      In the Matter of the Claim of HERBERT E. EWING, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

102      In the Matter of the Claim of JOHN J. PERGOLIZZI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

103      In the Matter of the Claim of MADDALENA SORRENTI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

104      MARTHA SELIG, Claimant-Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 34263.)

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.